**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

*Sarina Kaplan*
*Assistant United States Attorney*

*401 Market Street, 4th Fl.*
*Camden, NJ 08101*
*sarina.kaplan@usdoj.gov*

*main: (856) 757-5026*
*direct:(856) 757-5031*

June 15, 2026

**By ECF**
Hon. Susan D. Wigenton, U.S.D.J.
U.S. District Court for the District of New Jersey
MLK Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: ***Yilmaz Akbaba v. Mullin, et. al.*, No. 26-4564**
**Consent Request for 90-day Extension of Answer Date to Allow for Adjudication**

Dear Judge Wigenton:

This Office represents Federal Defendants in this mandamus action brought by Yilmaz Akbaba ("Plaintiff"), a noncitizen seeking adjudication of his asylum application by U.S. Citizenship and Immigration Services ("USCIS"). See ECF No. 1 ("Compl."). Federal Defendants' Answer to the Complaint is currently due on July 13, 2026. With Plaintiff's consent, Defendant respectfully requests that the Court extend that answer deadline to October 13, 2026.

Federal Defendants respectfully submit that there is good cause for this consent request. USCIS is actively working to adjudicate Petitioner's asylum application. In light of this development, Plaintiff's counsel has agreed to await the outcome of the adjudication to determine whether any claims remain ripe for review.

Accordingly, Federal Defendants respectfully requests that the Court extend the answer deadline, or otherwise stay this matter, until October 13, 2026. If the Court finds this request appropriate, Federal Defendants further respectfully ask that the Court "so order" this letter and direct the Clerk of Court to docket it.

Thank you for Your Honor's consideration of this request.

**SO ORDERED.**

Hon. Susan D. Wigenton
United States District Judge
Dated: August 18, 2026

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: / s / *Sarina Kaplan*
SARINA KAPLAN
Assistant United States Attorney

cc: all counsel (by ECF)