**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AYNUR YILMAZ AKBABA,<br>Plaintiff,<br>v.<br>MARKWAYNE MULLIN, *et al.*,<br>Defendants. | Hon. Susan D. Wigenton, U.S.D.J.<br>Civil Action No. 26-04564 (SDW)<br>**STIPULATION AND ORDER OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, that this action shall be and hereby is voluntarily dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs, attorneys' fees, expenses, or disbursements to either party.

TURHAN LAW PC

By: [signature]
Sinan Turhan, Esq.
*Attorneys for Plaintiff*

Dated: October 6, 2026

ROBERT FRAZER
United States Attorney

By: *s/Carlos F. Ugalde Alvarez*
Carlos F. Ugalde Alvarez, Esq.
Assistant United States Attorney
*Attorneys for Defendants*

Dated: October 6, 2026

SO ORDERED:

[signature]
Hon. Susan D. Wigenton
United States District Judge
Dated: October 7, 2026

Dated: October 6, 2026